GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for RAFAEL MADRIZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-cr-185-TLN |
|---|---|
| Plaintiff, | REQUEST AND PROPOSED ORDER FOR TEMPORARY RELEASE OF DEFENDANT'S PASSPORT |
| vs. | |
| RAFAEL MADRIZ, JR., | |
| Defendant. | |

Defendant Rafael Madriz, Jr., needs to travel to Mexico due to the sudden death of his father on June 25, 2013. In order to secure his pretrial release, Defendant had to surrender his passport to the Clerk of the Court through Pretrial Services. It is respectfully requested that the Court issue an order that the surrendered passport be temporarily released back to Defendant forthwith, so that he may travel to Mexico to take his mother to the funeral.

Respectfully submitted,

DATED: June 25, 2013

/s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
RAFAEL MADRIZ, JR., Defendant

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court release the passport of Rafael Madriz, Jr., and return it to him forthwith.

DATED: 6-26-2013

EDMUND F. BRENNAN
United States Magistrate Judge