GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for RAFAEL MADRIZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAFAEL MADRIZ, JR.,<br><br>    Defendant. | 2:13-cr-185-TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date : 9/12/13<br>Time : 9:30 a.m.<br>Court : Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Michael D. McCoy and Defendant Rafael Madriz, Jr., through his counsel, Gilbert A. Roque, that the Status Conference scheduled for August 1, 2013, at 9:30 a.m., be vacated and the matter be continued to September 12, 2013, at 9:30 a.m., before the Honorable Troy L. Nunley. This continuance is requested by the parties for continued negotiation and defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                              Respectfully submitted,

DATED: July 25, 2013                    /s/ Gilbert A. Roque
                                              GILBERT A. ROQUE, Attorney for
                                              RAFAEL MADRIZ, JR., Defendant

1

DATED: July 25, 2013          /s/ Michael D. McCoy
                              MICHAEL D. McCOY
                              Assistant United States Attorney
                              Attorney for Plaintiff

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, July 25, 2013, up to and including the new Status Conference, September 12, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the August 1, 2013, Status Conference is vacated and shall be continued until September 12, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:     July 26, 2013

                              Troy L. Nunley
                              United States District Judge