BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-185-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RAFAEL MADRIZ, JR., | DATE: January 16, 2014 |
| Defendants. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on November 21, 2013.

2. By this stipulation, defendants now move to continue the status conference until January 16, 2014, at 9:30 a.m., and to exclude time between November 21, 2013, and January 16, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review discovery, engage in additional research and investigation, discuss potential resolutions with his client, prepare pretrial motions, and/or otherwise prepare for trial. The parties have also initiated plea negotiations, which require additional time.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to January 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 19, 2013                            BENJAMIN B. WAGNER
                                                                      United States Attorney

                                                                      /s/ MICHAEL D. McCOY
                                                                      MICHAEL D. McCOY
                                                                      Assistant United States Attorney

Dated: November 19, 2013                            /s/ GILBERT A. ROQUE (e-mail authorization)
                                                                      GILBERT A. ROQUE
                                                                      Counsel for Defendant
                                                                      RAFAEL MADRIZ, JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2013

_____
Troy L. Nunley
United States District Judge